**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RANDY BURZYNSKI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.05-CV-4165 |
| | ) |
| THE AMERICAN COAL COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Randy Burzynski's claims in this case against defendant The American Cole Company are dismissed with prejudice.

**DATED: September 27, 2005**

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                      **U.S. District Judge**