UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE CROSSIER, | |
| Plaintiff, | |
| v. | Case No. 05-cv-4164-JPG |
| NCO FINANCIAL SYSTEMS, INC., *et al.*, | |
| Defendants. | |

**MEMORANDUM AND ORDER**

After reviewing the answers filed by defendants NCO Financial Systems, Inc. ("NCO") and Allied Interstate, Inc. ("Allied") the Court notes that both defendants have violated Federal Rule of Civil Procedure 7.1, which requires a non-governmental corporate party to submit a corporate disclosure statement at the time of its first appearance, pleading, petition, motion, response or other request addressed to the Court.  The Court hereby **ORDERS** NCO and Allied to file on or before November 18, 2005, the appropriate corporate disclosure statement.  Failure to comply with this order may result in striking of the answer pursuant to the Court's inherent authority.

**IT IS SO ORDERED.**
**DATED:  November 3, 2005**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**